UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

    2111 ALBANY POST ROAD CORP.,

        Debtor.
-------------------------------------------------------------------x

Chapter   11
Case No.: 22-22207 (SHL)


<u>REAL ESTATE BROKER/MARKETING AGENT/AUCTIONEER'S REPORT OF SALE FOR THE
REAL PROPERTY LOCATED AT 182 LINDSEY AVENUE, BUCHANAN, NEW YORK</u>


Highest offer ultimately received for the real property located at 182 Lindsey Avenue, Buchanan, New York ...............$510,000.00

Broker's Compensation pursuant to signed Order of Retention entered on August 22, 2022
(Broker is entitled to 6% Buyer's Premium paid by the successful bidder in the amount of $30,600.00)
Commission to Maltz Auctions, Inc............................................................................................................ $20,400.00
Commission to third party broker American Family ..................................................................................... $10,200.00

Miller advertisement published in the New York Times on October 16, 2022 .................................N.C.

Miller advertisement published in the Journal News on October 2, 2022..........................................N.C.

Miller advertisement published in the Cortlandt Observer on October 2, 2022 .................................N.C.

Long Island Business News advertisement published on September 23, 2022...............................N.C.

New York Real Estate Journal advertisement published on September 27, 2022 ............................N.C.

New York Real Estate Journal "Hot Property Alert" email blast on September 20, 2022.................N.C.

Indexx for the printing of 6,366 and mailing of 5,720 full-color multi-property auction postcards
via USPS first class mail........................................................................................................................N.C.

Additional postcards distributed at Maltz's office and other open house events ..............................N.C.

Targeted social media marketing on Facebook® ............................................................................N.C.

Online posting of auction on Auctionzip.com.....................................................................................N.C.

General social media marketing to Maltz's 32,000+ Facebook® fans and Twitter® followers..........N.C.

Labor for conducting the initial inspection and photographing ground and aerial imagery of the
Property for marketing; compiled and prepared due diligence and marketing materials for print
and internet advertising; implemented marketing campaign; prepared and posted specific web
page; answered phone calls and emails from interested parties; multiple telephone conferences,
inspection with interested parties on October 7 and 24, 2022, and prepared Report of Sale ..........N.C.

Posted Property auction on Applicant's website www.MaltzAuctions.com which received a total
of 3,442 page views by interested parties  ..........................................................................................N.C.

Weekly email notification to 42,000+ subscribers of the www.MaltzAuctions.com mailing list..........N.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

    2111 ALBANY POST ROAD CORP.,

             Debtor.
---------------------------------------------------------------x

Chapter   11
Case No.: 22-22207 (SHL)

## REPORT OF PUBLIC SALE

1.    In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). Maltz Auctions, Inc., ("Maltz") submits this report of the public sale of the Debtor's real property located at 182 Lindsey Avenue, Buchanan, New York ("the Property").

2.    An online-only auction sale of the Property which commenced on October 25, 2022, and concluded on October 27, 2022, with preregistered bidders, in accordance with the Order entered on August 22, 2022 [Doc. No. 78 ] approving the sale by Maltz as real estate broker, marketing agent and auctioneer for the Trustee. *Local Rule 6004-1(f)(1).*

3.    The gross dollar amount of the auction sale of Property was $510,000.00 plus a six (6%) percent buyer's premium in the amount of $30,600.00 which was paid by the successful bidder, for a total price of $540,600.00. *Local Rule 6004-1(f)(2).*

4.    The Property consists of a corner mixed-use building located in Buchanan, New York. *Local Rule 6004-1(f)(3).*

5.    Maltz will seek compensation based upon the Retention Order solely for compensation in the amount of $30,600.00, which is payable from the buyer's premium collected from the successful bidder, inclusive of all expenses, of which a commission of $10,200.00 will be disbursed to a third-party broker, American Family. *Local Rule 6004-1(f)(4).*

6.    Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Property, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5).*

7.    No articles were withdrawn from the sale. *Local Rule 6004-1(f)(6).*

8.    The successful party for the Property is Theresa Knickerbocker, whose address is 191 Henry Street, Buchanan, NY 10511. *Local Rule 6004-1(f)(7).*

9.    The 2 participants were required to complete bidder registration and provide the proper deposit to qualify to bid. *Local Rule 6004-1(f)(8).*

10.    There were no items for which there were no offers. *Local Rule 6004-1 (f)(9).*

11.    The registered bidders executed the Terms and Conditions of Sale prior to bidding on the Property. Copies of the Terms and Conditions of Sale executed by the successful bidder were annexed. *Local Rule 6004-1(f)(10).*

12.    Maltz advertised the sale of the Property by publishing ads in The New York Times, Journal News, Cortlandt Observer, Long Island Business News, and New York Real Estate Journal; mailing full color multi-auction postcards to 5,720 targeted potential interested parties: conducted telemarketing campaigns, sent dedicated email blasts, targeted social media marketing on Facebook®, online posting of auction on Auctionzip.com, utilizing general social media marketing on Facebook® and Twitter®, and general search engine marketing on Google. *Local Rule 6004-1(f)(11).*

13.    A listing of the Property was posted on Maltz's website prior to the sale. Property tours were conducted on October 7 and 24, 2022 with interested parties. *Local Rule 6004-1(f)(12).*

Dated:   November 16, 2022
          Central Islip, New York

By: _____
Richard B. Maltz, Chief Executive Officer
Maltz Auctions, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

    2111 ALBANY POST ROAD CORP.,

          Debtor.
-------------------------------------------------------------X

Chapter  11
Case No.: 22-22207 (SHL)

### AFFIDAVIT TO ACCOMPANY REPORT OF PUBLIC SALE

STATE OF NEW YORK  )
                  ) ss.:
COUNTY OF SUFFOLK  )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.    I am the Chief Executive Officer of Maltz Auctions, Inc. ("Maltz"). I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1(g) ("Local Rule"), in connection with Maltz's Report of Sale (the "Report") of the public sale of the Debtor's real property located at 182 Lindsey Avenue, Buchanan, New York ("the Property").

2.    I make this Affidavit of my personal knowledge based upon the handling of the public sale of the Property by Maltz. I personally managed the sale process and have the most familiarity with the same.

3.    I am a licensed real estate broker and auctioneer in the State of New York.

4.    Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.    Maltz conducted the auction sale of the Property in accordance with the Order entered August 22, 2022, approving the employment of Maltz as the Trustee's real estate broker, marketing agent and auctioneer.

6.    All monies collected by Maltz in connection with the sale of the Property were remitted to the Trustee.

7.    I declare under penalty of perjury that the foregoing is true and correct.

                                                Richard B. Maltz
                                            Chief Executive Officer of Maltz Auctions, Inc.

Sworn to before me this
16th day of November, 2022

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

## COMPUTATION OF BROKER'S COMMISSION PURSUANT TO RETENTION ORDER

Full amount realized for the online-only auction which concluded on October 27, 2022,
for the real property located at 182 Lindsey Avenue, Buchanan, New York ................................................... $510,000.00

Buyer's Premium collected from the successful bidder: (6% of $510,000.00) .......................... $30,600.00

**Commission to Maltz (4%)** ...................................................................................................... **$20,400.00**
**Commission to third-party broker, American Family** ........................................................ **$10,200.00**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                           :
                                                                :       Chapter 11
2111 ALBANY POST ROAD CORP.,                                    :
                                                                :       Case No. 22-22207 (SHL)
                                        Debtor.                 :
------------------------------------------------------------------x

### ORDER AUTHORIZING THE TRUSTEE'S RETENTION OF MALTZ AUCTIONS, INC. AS BROKER, MARKETING AGENT AND AUCTIONEER TO MARKET AND SELL THE DEBTOR'S REAL PROPERTY

Upon the application (the "Application")[1] of Fred Stevens, the Chapter 11 trustee (the "Trustee") of the estate of 2111 Albany Post Road Corp., the above-captioned debtor (the "Debtor"), for entry of an order pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing the retention of Maltz Auctions, Inc., d/b/a Maltz Auctions ("Maltz") as broker, marketing agent and auctioneer to market and sell the Debtor's estate's at 182 Lindsay Avenue, Buchanan, NY 10511, which consists of a small office building ("182 Lindsay Property"), and 2111 Albany Post Road, Montrose, NY 10548, which consists of a two family home, 8 bungalows, an office and industrial space ("2111 Albany Property," and together with the 182 Lindsay Property the "Properties"); and upon the Affidavit of Richard B. Maltz on behalf of Maltz, which is annexed to the Application as Exhibit B ("Maltz Affidavit"); and proper notice of the Application having been given; and upon due deliberation and consideration; and it appearing that sufficient cause exists for granting the relief requested in the Application; and Maltz's employment being in the best interests of the estate and its creditors, it is hereby

---

[1] Terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that the Trustee's retention of Maltz as broker, marketing agent and auctioneer to the Trustee and the estate to market and sell the Properties is approved; and it is further

**ORDERED**, that Maltz's compensation shall be paid in accordance with the terms of the Marketing and Exclusive Sale Agreement annexed to the Mallt Affidavit as Exhibit "A", only after the filing of an appropriate application, upon notice and a hearing, and upon further order of this Court; and it is further

**ORDERED**, that the Trustee is authorized to do such things and execute such documents and expend such funds as may be necessary to effectuate the terms and conditions of this Order.

Dated:    New York, New York
          August 22, 2022

                                          */s/ Sean H. Lane*
                                          HONORABLE SEAN H. LANE
                                          UNITED STATES BANKRUPTCY JUDGE

**NO OBJECTION:**
Dated:    New York, New York
          July 29, 2022

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE  - REGION 2

By:    */s/ Greg M. Zipes*
       Greg M. Zipes, Trial Attorney

## MEMORANDUM OF SALE – SUCCESSFUL BIDDER

High Bid Realized at Auction:    $ 610,000

6% Buyer's Premium:    $ 30,600

Purchase Price:    $ 540,600

The undersigned purchaser has this 1ˢᵗ day of October, 2022, *November* agreed to purchase all of 2111 Albany Post Road Corp.'s (the "Debtor") right, title and interest in and to the real property known as, and located at 182 Lindsey Avenue, Buchanan, New York (collectively, the "Real Property") pursuant to the Terms and Conditions of Sale (the "Terms of Sale"), to which this Memorandum is attached and made a part thereof, from Fred Stevens, as Chapter 11 trustee (the "Trustee") for the Debtor in Case No. 22-22207 (SHL), pending in the United States Bankruptcy Court for the Southern District of New York, and being sold by the Trustee for the highest or best offer as the Trustee in his sole discretion determines, subject to Bankruptcy Court approval, and hereby promises and agrees to comply with the terms and conditions of the Auction Sale for the Real Property, as set forth in the annexed Terms of Sale.

_____
PURCHASER (Signature)

_____
PURCHASER (Signature)

Theresa Knickerbocker
PRINT NAME OF PURCHASER

_____
PRINT NAME OF PURCHASER

191 Henry St.
Buchanan NY 10511
ADDRESS

_____
ADDRESS

914-393-4917
TELEPHONE NUMBER

_____
TELEPHONE NUMBER

theresak13@verizon.net
EMAIL

_____
EMAIL

Received from Theresa Knickerbocker the sum of $ 35,000 as a non-refundable deposit for the purchase of the Real Property pursuant to the Terms of Sale, except to the extent as provided in the Terms of Sale.

Fred Stevens, Chapter 11 Trustee
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 972-3000

Terms and Conditions
Schedule 1 Page 7

This is to verify that the offer for the above captioned property is for the sum of
$ 540,000

Maltz Auctions

ATTORNEY INFORMATION

Name  Joe Cerreto

Address _____

_____

Phone   914-447-3620



Terms and Conditions
Schedule 1 Page 8

**Schedule 1**

**Terms and Conditions**

## <u>TERMS AND CONDITIONS OF SALE OF REAL PROPERTY LOCATED AT 182 LINDSEY AVENUE, BUCHANAN, NEW YORK</u>

1.      These Terms and Conditions of Sale (these "<u>Terms of Sale</u>") are being promulgated in connection with the public auction sale (the "<u>Auction Sale</u>") by Fred Stevens, in his capacity as Chapter 11 trustee for 2111 Albany Post Road LLC, (the "<u>Debtor</u>") the Chapter 11, Subchapter V debtor in the bankruptcy case pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), Case No. 22-22207 (SHL), of the Debtor's estate's rights, title and interest in and to the real property known as, and located at 182 Lindsey Avenue, Buchanan, New York (collectively, the "<u>Real Property</u>").

2.      The Auction Sale is being conducted pursuant to sections 363(b) and (f) of Title 11, United States Code (the "<u>Bankruptcy Code</u>"), and shall be held online-only from **October 25, 2022 at 11:00 a.m. (ET) through October 27, 2022 at 11:00 a.m. (ET) (the "<u>Auction Date</u>")**. Online bidding will be made available for pre-registered bidders via Maltz's online bidding App available for download in the App Store or on Google play, and via desktop bidding at RemoteBidding.MaltzAuctions.com. **Bidding is scheduled to close at 11:00 am ET on October 27, 2022.** However, if a bid is placed with less than one-minute remaining, the bidding period will be extended so one minute remains for competing bids to be entered. This extension will continue until there are no higher bids placed within the final one minute prior to the close of the auction.

3.      In order to be permitted to bid on the Real Property, prior to the commencement of the Auction Sale, each prospective bidder must deliver to Maltz Auctions (the "<u>Broker</u>"), by wire transfer, certified check or bank check, the sum of Thirty Five Thousand Dollars ($35,000) (the "<u>Qualifying Deposit</u>") payable to "Fred Stevens, Chapter 11 Trustee", which amount shall serve as a partial good faith deposit against payment of the purchase price, which shall be equal to the successful bid submitted at the Auction Sale, by such competing bidder as the Trustee, in consultation with Maltz, determines to have made the highest or best bid for the Real Property (the "<u>Successful Bidder</u>").

4.      The Auction Sale of the Real Property will be subject to a buyer's premium (the "<u>Buyer's Premium</u>") in the amount of six percent (6%) of the gross sales price of the Real Property. The Buyer's Premium shall be added to the final sale price and payable by the successful bidder(s) of the Real Property, and the Trustee and the Debtor's estate shall not be responsible to pay any portion of the Buyer's Premium.

5.      Within 48 hours after conclusion of the Auction Sale, the Successful Bidder shall deliver to the Trustee by wire transfer, certified check, or bank check an amount equal to 10% of the Purchase Price, less the Qualifying Deposit (together with the Qualifying Deposit, the "<u>Deposit</u>"), plus the Buyer's Premium.

6.      The Buyer's Premium shall be deemed to have been earned immediately upon the fall of the hammer and is due within forty-eight (48) hours after conclusion of the Auction Sale. Failure of the Successful Bidder to tender the ten (10%) percent Deposit of the high bid at auction and the six (6%) percent Buyer's Premium within forty-eight (48) hours after conclusion of the Auction Sale shall result in an immediate default under these Terms of Sale and the Memorandum of Sale, and shall result in the forfeiture of all earnest monies paid, including the Qualifying Deposit, the Deposit and the Buyer's Premium.

7.      The Successful Bidder and the competing Bidder who the Trustee, in consultation with Maltz, determines to have made the second highest or best bid for the Real Property (the "Second Highest Bidder") must execute, and thereby agree to be bound by (i) these Terms of Sale, and (ii) a Memorandum of Sale. At the conclusion of the Auction Sale, the Broker will return the Qualifying Deposits to all other bidders, except to the Successful Bidder and the Second Highest Bidder. The Second Highest Bidder's Qualifying Deposit shall be returned within three (3) business days from the date the Attorney receives the full Deposit plus the Buyer's Premium from the Successful Bidder.

8.      The closing of the transaction contemplated by these Terms of Sale (the "Closing") shall take place at the offices of Klestadt Winters Jureller Southard & Stevens, LLP, attorneys for the Trustee, 200 West 41st Street, 17th Floor, New York, New York 1036, commencing at 11:00 a.m. (EST) on a date to be determined, by mail, or by another location as agreed upon by Attorney. The Closing shall occur within thirty (30) days after the entry of the Sale Order (as defined in ¶13, below). **TIME BEING OF THE ESSENCE as to the Successful Bidder or the Second Highest Bidder, as the case may be**, although the Closing Date may be extended solely by the Trustee at his option and discretion.

9.      The Successful Bidder or the Second Highest Bidder, as the case may be, shall be obligated to close title to the Real Property. There are no contingencies of any kind or nature that will permit the Successful Bidder or the Second Highest Bidder, as the case may be, or any other qualifying bidder, to cancel or avoid their obligation under these Terms of Sale, other than the ability to deliver insurable title. In the event that the Successful Bidder or the Second Highest Bidder, as the case may be, fails to close title to the Real Property for any reason whatsoever, including failure to tender the entire Purchase Price at the Closing, the Successful Bidder shall forfeit (a) the Deposit to the Debtor's estate, and (b) the right to obtain title to the Real Property. In the event that (a) the Trustee is unable to deliver the Real Property in a manner consistent with these Terms of Sale, or (b) the Court fails to enter the Sale Order (as defined in ¶13, below), the Deposit will not be forfeited, and the Deposit shall be returned to the Successful Bidder or the Second Highest Bidder, as the case may be, promptly, without interest. In the event that the Trustee fails to close, it is acknowledged that return of the Deposit is the Trustee's only obligation hereunder, and the Successful Bidder and/or the Second Highest Bidder will have no recourse against the Debtor's estate, the Trustee or the Trustee's retained professionals. As stated above, **Time is of the Essence against the Successful Bidder or the Second Highest Bidder, as the case may be.**

10.     The Successful Bidder or the Second Highest Bidder, as the case may be, further acknowledges that it will be responsible for the completion of any forms, if required, to effectuate

the transfer of the Real Property, and shall pay any and all costs and expenses in connection with the Closing related to obtaining a survey; fee title or mortgage insurance; title company endorsement, search and escrow charges; environmental, engineering or other Real Property inspections; appraisals, reports and other costs of Real Property due diligence; and County, State, or other real property transfer, deed or documentary tax, flip tax, or other taxes imposed upon the sale due in connection with the transfer of the Real Property from the Debtor at Closing.

11.    The Successful Bidder and the Second Highest Bidders acknowledge that they will be responsible for the completion of any ACRIS forms, if required. The Trustee shall not be required to execute any form of title affidavit (but may in his sole and absolute discretion) and all title exceptions customarily omitted from a title policy on account of such title affidavit shall be deemed permitted exceptions. The Successful Bidder or the Second Highest Bidder, as the case may be, acknowledges that it will be responsible for the preparation of all Closing documents required including, but not limited to, transfer tax forms.

12.    The Successful Bidder or the Second Highest Bidder, as the case may be, shall have demonstrated, to the sole satisfaction of the Trustee or the Court, as the case may be, evidence of its ability to conclude the transaction upon these Terms of Sale, without delay. The Trustee reserves the right to reject any offeror, who in the sole discretion of the Trustee is not financially capable of consummating the purchase of the Real Property. **Expenses incurred by the Successful Bidder or the Second Highest Bidder, as the case may be, or any other competing bidder concerning any due diligence, such as obtaining title reports and other due diligence information, shall be the sole responsibility of such bidder, and under no circumstances shall the Debtor's estate, the Trustee or the Trustee's retained professionals be responsible for, or pay, such expenses.**

13.    The Trustee shall seek an order of the Bankruptcy Court (the "Sale Order") prior to the Closing to confirm the result of the Auction Sale of the Real Property to the Successful Bidder and the Second Highest Bidder in the event the Successful Bidder defaults.

14.    In the event that the Successful Bidder for the Real Property fails to tender the payment of the balance of the Purchase Price on the Closing Date, or otherwise perform any of its obligations under these Terms of Sale, the Trustee, at his sole option and discretion, shall be authorized to sell the Real Property to the Second Highest Bidder, without any further notice, and without giving the Second Highest Bidder credit for the Successful Bidder's Deposit, plus the Buyer's Premium, forfeited by the Successful Bidder, and upon such other terms and conditions as the Trustee deems appropriate. Should the Second Highest Bidder fail to close on the Real Property, within such time as the parties may agree but not to exceed thirty (30) days after notice from the Trustee to the Second Highest Bidder of its obligations to Close, the Trustee shall be authorized to sell the Real Property to the next highest or best bidder at the Auction Sale, without the necessity of any further notice. All bidders who execute a copy of these Terms of Sale shall be bound to all terms and conditions contained herein.

15.    The Real Property is being sold **"AS IS" "WHERE IS", "WITH ALL FAULTS"**, without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, and free and clear of any and all liens or adverse claims to title, of whatever kind or nature, and

subject to, among other things (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; (e) all leases, approvals for ownership, and/or occupancies, if any, as may exist or encumber the Real Property or any portion(s) thereof; and (f) environmental conditions. By delivering their respective Qualifying Deposit, all bidders acknowledge that they have had the opportunity to review and inspect the Real Property, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Real Property in making their bids. The Debtor, the Debtor's estate, the Debtor's retained professionals, the Trustee, and any of the Trustee' retained professionals make no representations or warrantees with respect to the permissible uses of the Real Property. All bidders acknowledge that they have conducted their own due diligence in connection with the Real Property and are not relying on any information provided by the Debtor, the Debtor's retained professionals, the Trustee or the Trustee's retained professionals.

16.    Each bidder hereby expressly agrees and acknowledges that the Debtor, the Debtor's retained professionals, the Trustee and the Trustee's retained professionals have not made any representations or warranties, nor is such bidder relying on any statements or information provided by the Debtor, the Debtor's retained professionals, the Trustee and the Trustee's retained professionals, including, but not limited to any representations, warranties, statements or information as to the physical condition, rents, leases, expenses, operations, value of the land or buildings thereon, or any other matter or thing affecting or related to the Real Property or this Auction Sale, which might be pertinent to the purchase of the Real Property, including, without limitation, (i) the current or future real estate or other tax liability, assessment or valuation of the Real Property or transfer thereof; (ii) the potential qualification of the Real Property for any and all benefits conferred by or available under federal, state or municipal laws, whether for subsidies, special real estate tax treatment, insurance, mortgages, or any other benefits, whether similar or dissimilar to those enumerated; (iii) the availability of any financing for the purchase, alteration, rehabilitation or operation of the Real Property from any source, including, but not limited to, any state, city or federal government or institutional lender; (iv) the current or future use of the Real Property; (v) the presence or absence of any laws, ordinances, rules or regulations issued by any governmental authority, agency or board and any violations thereof; and (vi) whether any and all documents in the Trustee's possession that relate to the Loans are original documents with wet ink signatures. The Trustee and the Debtor's estate is not liable or bound in any manner by expressed or implied warranties, guaranties, promises, statements, representations or information pertaining to the Real Property, made or furnished by the Debtor, the Trustee or any real estate broker, agent, employee, servant or other person or professional representing or purporting to represent the Debtor or the Trustee. **The Real Property shall be delivered subject to any and all leases and occupancies at the time of closing.**

17.    The Trustee shall convey the Real Property by delivery of a Bargain and Sale Deed with Covenants. The quality of title shall be that which a reputable title insurance company doing business in the State of New York is willing to approve and insure. In the Trustee's sole discretion, he may arrange for the issuance of a title insurance by such a company, if the Successful Bidder or the Second Highest Bidder is unable to so, at the sole cost and expense of the Successful Bidder or the Second Highest Bidder, as the case may be.

Terms and Conditions
Schedule 1 Page 4

18.     The Trustee, the Trustee's retained professionals, the Debtor, and the Debtor's Estate shall not be liable or responsible for the payment of fees of any broker or other agent.

19.     Nothing contained in these Terms of Sale is intended to supersede or alter any provisions of the Bankruptcy Code, or otherwise interfere with the jurisdiction of the Bankruptcy Court. These Terms of Sale are subject to modification as may be directed by the Trustee or by the Bankruptcy Court. The Trustee reserves the right to modify these Terms of Sale, subject to the foregoing, to maintain consistency with the provisions of the Bankruptcy Code and/or Orders of the Bankruptcy Court.

20.     By tendering the Deposit and executing these Terms of Sale, all bidders acknowledge that they have read all of the terms and conditions contained herein, and have agreed to be bound by the same. Moreover, all bidders who execute these Terms of Sale warrant and represent that they have the full power and authority to execute and deliver these Terms of Sale and to perform the obligations hereunder. These Terms of Sale constitute a valid and legally binding obligation of the bidder who executes them, and is enforceable upon such bidder in accordance with these Terms of Sale.

21.     These Terms of Sale shall be binding upon, and inure to the benefit of the Parties hereto, and their respective successors, designees and/or permitted assigns. No Party hereto may assign either these Terms of Sale or any of the rights, interests or liabilities hereunder without the prior written approval of the other Party.

22.     Each bidder who tenders a Qualifying Deposit and the Trustee will bear their own costs and expenses (including legal fees and expenses) incurred in connection with these Terms of Sale and the transaction contemplated hereby.

23.     By making a bid for the Real Property, all bidders will be deemed to have acknowledged having read and understood these Terms and Conditions of Sale and have agreed to be bound by them.

24.     If the Trustee is unable to deliver the Real Property in accordance with these Terms of Sale for any reason whatsoever, his only obligation will be to refund the Deposit and the Buyer's Premium, without interest, to the Successful Bidder or the Second Highest Bidder, as the case may be, and upon such refund, the Successful Bidder or the Second Highest Bidder, as the case may be, will have no claim or recourse against the Debtor's estate, the Trustee or the Trustee's retained professionals, including his counsel and the Broker, and shall have no further rights under these Terms of Sale or Memorandum of Sale.

25.     The Trustee reserves his right to withdraw the Real Property from the Auction Sale, either prior, or subsequent to the Auction Sale, for any reason whatsoever, as he deems necessary or appropriate.

26.     The Auction Sale of the Real Property is subject to the approval of the Bankruptcy Court.

Terms and Conditions
Schedule 1 Page 5

27.     The Successful Bidder shall receive credit for security deposits, if any.

28.     To the extent that the Successful Bidder or the Second Highest Bidder, as the case may be, is procured through the services of a Licensed Real Estate Co-Broker, the only commission that will be paid is to the Licensed Real Estate Co-Broker who registers the Successful Bidder and/or the Second Highest Bidder in accordance with the Broker Participation Agreement, which any such Licensed Real Estate Co-Broker must execute in order to register a bidder and has received confirmation of receipt and acknowledgement of such valid registration by the Broker.

29.     The Trustee shall notify the Successful Bidder whether the Auction Sale is confirmed.  The Bankruptcy Court shall determine any disputes concerning the Auction Sale of the Real Property.  By participating in the Auction Sale, all bidders consent to the jurisdiction of the Bankruptcy Court to determine such disputes in the Debtor's pending bankruptcy case.

I have read these Terms of Sale and agree to be bound by them.

By: _Theresa Knickerbocker_          Date: _10/24/2022_

Terms and Conditions
Schedule 1 Page 6



Miller Advertising Agency, Inc. • 909 Third Ave, 15th Floor • New York, New York 10022• 212-929-2200

# INVOICE

MALTZ AUCTIONS INC.(CC) - H434
39 Windsor Place

Central Islip, NY 11722

PO Number
Invoice Number 911986 - 061
Invoice Date      10/20/22
Net 30    Page 1
Regarding
**2111 ALBANY POST ROAD**

| Media | Description | Ad Number | Insert Dates | | Ad Size | Times | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| NEW YORK TIMES | SALE OCT 27 | RA18000322 | 10/16 | | 1.00 | 1 | 74.03 | 74.03 |
| | | | | **NEW YORK TIMES TOTAL** | | | **$74.03** | |
| JOURNAL NEWS | SALE OCT 27 | R929006522 | 10/02 | | 1.00 | 1 | 147.00 | 147.00 |
| | | | | **JOURNAL NEWS TOTAL** | | | **$147.00** | |
| CORTLANDT OBSERVER | SALE OCT 27 | R929006822 | 10/02 | | 1.00 | 1 | 79.60 | 79.60 |
| | | | | **CORTLANDT OBSERVER TOTAL** | | | **$79.60** | |

**INVOICE TOTAL  $300.63**

**Remit Payment Checks To:** Miller Advertising Agency Inc., 909 Third Ave, 15th Floor, New York, NY  10022
**ACH/Wire Remittance To:**   JP Morgan Chase, ABA/Routing #:021000021, Acct #:014003583765, Acct Name: Miller Advertising Agency Inc.

http://www.milleraa.com                                                    EMail : narchibald@milleraa.com

# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor  •  New York, New York  10022  •  212-929-2200

## PROOF OF INSERTIONS

R9290068  8888
Display Ad
CORTLANDT OBSERVER
10/02

BANKRUPTCY

## AUCTION: 10/27

CORNER MIXED-USE BUILDING
182 Lindsey Ave, Buchanan

MaltzAuctions.com        516.349.7022

# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor  •  New York, New York  10022  •  212-929-2200

## PROOF OF INSERTIONS

R9290065  8888
DISPLAY AD
JOURNAL NEWS
10/02

Buchanan-182 Lindsey Ave
BANKRUPTCY

## AUCTION

10/27. CORNER MIXED-USE BLDG

MaltzAuctions.com      516.349.7022

# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor • New York, New York 10022 • 212-929-2200

## PROOF OF INSERTIONS

8888
Display Ad
NEW YORK TIMES
10/16





A Division of BridgeTower Media
P.O Box 745929
Atlanta, GA 30374-5929

| | |
|---|---|
| Invoice # | 1006943996 |
| Invoice Date | 09/28/2022 |
| Customer | Maltz Auctions, ID: 46264 |
| Payment Terms | Net 30 |
| Due Date | 10/28/2022 |
| Customer PO # | |
| Sales Rep | Robin Burgio |

**BILLING ADDRESS**

Accounts Payable
Maltz Auctions
39 Windsor Pl
Central Islip, NY 11722

**ADVERTISER**

Maltz Auctions, ID: 46264
39 Windsor Pl
Central Islip, NY 11722-3301

| INSERTION ORDER/AD ID | MEDIA | EDITION | ISSUE DATE | PAGE | AD SIZE | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2182077-2241008 | Long Island Business News - Print | Print - Local | 09/23/22 | | Full Page | 1 | $799.00 | $799.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Message:

| | |
|---|---|
| **Subtotal** | $799.00 |
| **Tax** | $0.00 |
| **Payments & Credits** | $0.00 |
| **BALANCE DUE** | $799.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
REMITTANCE STUB TO BridgeTower Media

| **Invoice #** | 1006943996 Long Island Business News - Print | **Date** | 09/28/2022 | **Customer ID** | ID: 46264, Maltz Auctions |
|---|---|---|---|---|---|
| **Amount Enclosed:** | | | | | |

Acceptable Payment Methods

| PREFERRED METHOD | OTHER METHODS | | |
|---|---|---|---|
| **To Pay by ACH Transfer:** | **To Pay by Check use the following address:** | **To Pay by Credit Card:** | **To Pay by Wire Transfer:** |
| Bank: Bank of America Send ACH remittance email to ar@bridgetowermedia.com Account Number: 237025443017 Routing Number: 053000196 | Please include invoice number on check BridgeTower OpCo, LLC P.O Box 745929 Atlanta, GA 30374-5929 | Use the Click to Pay Online link located on the email you received or Contact Accounts Receivable: 866-802-8214 Please have your Invoice Number and Credit Card Number Ready | Wire information: Name: BridgeTower OpCo, LLC Bank: Bank of America Swift Code: BOFAUS3N Bank Address: 100 North Tryon Street Charlotte, NC 28255 Account Number: 237025443017 Routing: 053000196 |

# BANKRUPTCY & PUBLIC ADMINISTRATOR ORDERED
# AUCTIONS

**OCT. 3rd** *through* **NOV. 2nd**

## MANHATTAN, NASSAU, QUEENS & WESTCHESTER COUNTIES, NY



**OCT. 3**

**MANHATTAN**

### RIVERVIEW 4 BR CONDO

UNITED STATES BANKRUPTCY COURT SDNY
In Re: Leon Gary Goldenberg - Case No.: 22-10059 (SHL)

*360 East 88th Street, Unit 31C*

- 4 Bedrooms & 3.5 Bathrooms
- 2,200+ Sq Ft Luxury Corner Condo
- Spectacular City & River Views
- Eat-In Chef's Kitchen (Viking & Subzero)
- *$2,100,000 Opening Bid*

*Gregory Messer, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Attorneys for the Trustee*



**OCT. 27**

**WESTCHESTER**

### MIXED-USE BUILDING

UNITED STATES BANKRUPTCY COURT EDNY
In Re: 2111 Albany Post Road Corp • Case No.: 22-22207 (SHL)

*182 Lindsey Avenue*

- 3,000 Sq Ft Mixed-Use Building
- 1 Commercial & 2 Residential Units
- High Exposure - On Traffic Circle

*Fred Stevens, Chapter 11 Trustee*
*Klestadt Winters Jureller Southard & Stevens, LLP, Attys for the Trustee*



**OCT. 7**

**NEW HYDE PARK**

### 3 BEDROOM HOME

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Thomas E. Kozlowski

*408 Brooklyn Avenue*

- *$470,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 7**

**EAST MEADOW**

### 3 BEDROOM HOME

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Joan Happe

*2130 Dofena Lane*

- *$370,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 26**

**NEW HYDE PARK**

### 3 BEDROOM HOME

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Robert Willis

*161 Sylvia Lane*

- *$490,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 7**

**PLAINVIEW**

### 4 BEDROOM HOME

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Joseph Crivelli

*7 Sterling Court*

- *$460,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 20**

**BAYSIDE**

### 2 FAMILY HOME

UNITED STATES BANKRUPTCY COURT EDNY
In Re: Filippo Intile - Case No.: 21-41228 (NHL)

*208-38 15th Drive*

- *$920,000 Opening Bid*

*Gregory Messer, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Atty for the Trustee*



**NOV. 2**

### JEWELRY

PUBLIC ADMINISTRATOR ORDERED
*500+ Lots: Jewelry, Art, Coins & Collectibles*

- *Diamond Engagement Rings*
- *Gold Jewelry & Much More!*

*Multiple Public Administrators*



**OCT. 7**

**INWOOD**

### 2 BEDROOM HOME

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Ralph Esposito

*7 Douglas Street*

- *$390,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 26**

**FREEPORT**

### 6 BEDROOM HOME

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Bruce Gray

*49 Madison Avenue*

- *$380,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*

## ATTENTION

All Bankruptcy Trustees, Brokers, Builders, Developers, Executors, Lenders & Motivated Owners...

*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
*Multi-Property Events!*



**516.349.7022** | ***AUCTIONS...YOUR LIQUIDITY SOLUTION*** | **MaltzAuctions.com**

Richard B. Maltz, Licensed Real Estate Broker

# BANKRUPTCY & PUBLIC ADMINISTRATOR ORDERED

# AUCTIONS

**OCT. 3rd** *through* **NOV. 2nd**

## MANHATTAN, NASSAU, QUEENS & WESTCHESTER COUNTIES, NY



**OCT. 3**

**MANHATTAN**

**RIVERVIEW 4 BR CONDO**

UNITED STATES BANKRUPTCY COURT SDNY
In Re: Leon Gary Goldenberg - Case No.: 22-10059 (SHL)

### 360 East 88th Street, Unit 31C

- 4 Bedrooms & 3.5 Bathrooms
- 2,200+ Sq Ft Luxury Corner Condo
- Spectacular City & River Views
- Eat-In Chef's Kitchen (Viking & Subzero)
- *$2,100,000 Opening Bid*

*Gregory Messer, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Attorneys for the Trustee*



**OCT. 27**

**WESTCHESTER**

**MIXED-USE BUILDING**

UNITED STATES BANKRUPTCY COURT EDNY
In Re: 2111 Albany Post Road Corp • Case No.: 22-22207 (SHL)

### 182 Lindsey Avenue

- 3,000 Sq Ft Mixed-Use Building
- 1 Commercial & 2 Residential Units
- High Exposure - On Traffic Circle

*Fred Stevens, Chapter 11 Trustee*
*Klestadt Winters Jureller Southard & Stevens, LLP, Atty for the Trustee*



**OCT. 7**

**NEW HYDE PARK**

**3 BEDROOM HOME**

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Thomas E. Kozlowski

### 408 Brooklyn Avenue

- *$470,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 7**

**EAST MEADOW**

**3 BEDROOM HOME**

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Joan Happe

### 2130 Dofena Lane

- *$370,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 26**

**NEW HYDE PARK**

**3 BEDROOM HOME**

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Robert Willis

### 161 Sylvia Lane

- *$490,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 7**

**PLAINVIEW**

**4 BEDROOM HOME**

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Joseph Crivelli

### 7 Sterling Court

- *$460,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 20**

**BAYSIDE**

**2 FAMILY HOME**

UNITED STATES BANKRUPTCY COURT EDNY
In Re: Filippo Izzillo - Case No.: 21-41228 (NHL)

### 208-38 15th Drive

- *$920,000 Opening Bid*

*Gregory Messer, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Atty for the Trustee*



**NOV. 2**

**JEWELRY**

PUBLIC ADMINISTRATOR ORDERED

### 500+ Lots: Jewelry, Art, Coins & Collectibles

- *Diamond Engagement Rings*
- *Gold Jewelry & Much More!*

*Multiple Public Administrators*



**OCT. 7**

**INWOOD**

**2 BEDROOM HOME**

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Ralph Esposito

### 7 Douglas Street

- *$390,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 26**

**FREEPORT**

**6 BEDROOM HOME**

NASSAU COUNTY PUBLIC ADMIN. ORDERED
In Re: The Estate of Bruce Gray

### 49 Madison Avenue

- *$380,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*

# ATTENTION

All Bankruptcy Trustees, Brokers, Builders, Developers, Executors, Lenders & Motivated Owners...

*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
*Multi-Property Events!*



**516.349.7022** | *AUCTIONS...YOUR LIQUIDITY SOLUTION®* | **MaltzAuctions.com**
Richard B. Maltz, Licensed Real Estate Broker

nyrej

**NEW YORK**

## Fwd: 10 Auctions: Manhattan Lux Condo, Nassau & Queens Homes, Westchester Commercial + Jewelry

Kristine Wolf <kwolf@nyrej.com>
Tue 9/20/2022 1:20 PM
To: Richard Maltz <rmaltz@maltzauctions.com>
Hi sharing today's HPA with you !

---------- Forwarded message ---------
From: **New York Real Estate Journal** <info@nyrejnewsletter.com>
Date: Tue, Sep 20, 2022 at 12:02 PM
Subject: 10 Auctions: Manhattan Lux Condo, Nassau & Queens Homes, Westchester Commercial + Jewelry
To: <kwolf@nyrej.com>







New York Real Estate Journal | 17 Accord Park Drive, Norwell, MA 02061

Unsubscribe kwolf@nyrej.com

Update Profile | Constant Contact Data Notice

Sent by info@nyrejnewsletter.com

--

**KRISTINE WOLF,** Publishing Director
**New York Real Estate Journal**
**kwolf@nyrej.com** | (800) 654-4993 Ext #245

**Subscribe to** NYREJ | E-Pub | E-Newsletter



# INVOICE

**Invoice:** 114874
**Invoice Date:** 09/27/2022
**Order Date:** 09/16/2022
**Job Number:** 252757
**Customer Number:** 121132
**Salesperson:** Jeff Gilliam
**Purchase Order Number:** Richard

Maltz Auctions
Attn: Richard B. Maltz CAI CES
39 Windsor Place
Central Islip    11722

**Remit To:**
Indexx, Inc.
303 Haywood Road.
Greenville, SC  29607

| Quantity | Description | Price |
|---|---|---|
| 6,366 | October Multi Mailer 8.5 x 11-  182lindsey | 676.90 |
| 5,720 | Postage for FC Mailing | |

**Invoice Total:**    676.90

**We Appreciate You!!**
**Terms:  Credit Card**

---

To insure proper credit return this portion of the invoice with your remittance.

Maltz Auctions
Attn: Richard B. Maltz CAI CES
39 Windsor Place
Central Islip    11722

**Invoice:** 114874
**Invoice Date:** 9/27/2022 12:00:00AM
**Job Number:** 252757
**Customer Number:** 121132
**Purchase Order Number:** Richard

## Invoice Amount Due:  676.90

NOTE: Credit card payments are subject to a processing fee.

**NOTE:  A fee of 18% per annum, will be charged on past due  balances.**
ANY QUESTIONS, PLEASE CALL (864) 234-1024 OR FAX (864) 234-7287

# BANKRUPTCY & PUBLIC ADMINISTRATOR ORDERED

# AUCTIONS

**OCT. 3rd** *through* **NOV. 2nd**

## MANHATTAN, NASSAU, QUEENS & WESTCHESTER COUNTIES, NY



**OCT. 3**

**MANHATTAN**

## RIVERVIEW 4 BR CONDO

**UNITED STATES BANKRUPTCY COURT SDNY**
In Re: Leon Gary Goldenberg - Case No.: 22-10059 (SHL)

*360 East 88th Street, Unit 31C*

- 4 Bedrooms & 3.5 Bathrooms
- 2,200+ Sq Ft Luxury Corner Condo
- Spectacular City & River Views
- Eat-In Chef's Kitchen (Viking & Subzero)
- *$2,100,000 Opening Bid*

*Gregory Messer, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Attorneys for the Trustee*



**OCT. 27**

**WESTCHESTER**

## MIXED-USE BUILDING

**UNITED STATES BANKRUPTCY COURT EDNY**
In Re: 2111 Albany Post Road Corp • Case No.: 22-22207 (SHL)

*182 Lindsey Avenue*

- 3,000 Sq Ft Mixed-Use Building
- 1 Commercial & 2 Residential Units
- High Exposure - On Traffic Circle

*Fred Stevens, Chapter 11 Trustee*
*Klestadt Winters Jureller Southard & Stevens, LLP, Attys for the Trustee*



**OCT. 7**

**NEW HYDE PARK**

## 3 BEDROOM HOME

**NASSAU COUNTY PUBLIC ADMIN. ORDERED**
In Re: The Estate of Thomas E. Kozlowski

*408 Brooklyn Avenue*

- *$470,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 7**

**PLAINVIEW**

## 4 BEDROOM HOME

**NASSAU COUNTY PUBLIC ADMIN. ORDERED**
In Re: The Estate of Joseph Crivelli

*7 Sterling Court*

- *$460,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 7**

**INWOOD**

## 2 BEDROOM HOME

**NASSAU COUNTY PUBLIC ADMIN. ORDERED**
In Re: The Estate of Ralph Esposito

*7 Douglas Street*

- *$390,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 7**

**EAST MEADOW**

## 3 BEDROOM HOME

**NASSAU COUNTY PUBLIC ADMIN. ORDERED**
In Re: The Estate of Joan Happe

*2130 Dofena Lane*

- *$370,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 20**

**BAYSIDE**

## 2 FAMILY HOME

**UNITED STATES BANKRUPTCY COURT EDNY**
In Re: Filippo Intile - Case No.: 21-41228 (NHL)

*208-38 15th Drive*

- *$920,000 Opening Bid*

*Gregory Messer, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP. Attys for the Trustee*



**OCT. 26**

**FREEPORT**

## 6 BEDROOM HOME

**NASSAU COUNTY PUBLIC ADMIN. ORDERED**
In Re: The Estate of Bruce Gray

*49 Madison Avenue*

- *$380,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**OCT. 26**

**NEW HYDE PARK**

## 3 BEDROOM HOME

**NASSAU COUNTY PUBLIC ADMIN. ORDERED**
In Re: The Estate of Robert Willis

*161 Sylvia Lane*

- *$490,000 Opening Bid*

*Brian F. Curran, Nassau County Public Administrator*



**NOV. 2**

## JEWELRY

**PUBLIC ADMINISTRATOR ORDERED**
*500+ Lots: Jewelry, Art, Coins & Collectibles*

- *Diamond Engagement Rings*
- *Gold Jewelry & Much More!*

*Multiple Public Administrators*

# ATTENTION

All Bankruptcy Trustees, Brokers, Builders, Developers, Executors, Lenders & Motivated Owners...

*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
*Multi-Property Events!*

**516.349.7022**
**MaltzAuctions.com**



**ATTENTION** All Bankruptcy Trustees, Brokers, Builders, Developers, Executors, Lenders & Motivated Owners...

*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
*Multi-Property Events!*

*FIRST CLASS MAIL*
*TIME*
*SENSITIVE*
*DATED*
*MATERIAL*

FIRST-CLASS
PRST. U.S. POSTAGE
**PAID**
GREENVILLE, SC
PERMIT No. 1460








39 Windsor Place, Central Islip, NY 11722
Richard B. Maltz, Auctioneer
David A. Constantino, Auctioneer
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022 Fax (516) 349-0105








# BANKRUPTCY & PUBLIC ADMINISTRATOR ORDERED
# AUCTIONS

**OCT 3rd** *through* **NOV 2nd**



BAYSIDE

NEW HYDE PARK

NEW HYDE PARK

MANHATTAN

WESTCHESTER

JEWELRY

PLAINVIEW

EAST MEADOW

FREEPORT

INWOOD



**516.349.7022** | *AUCTIONS...YOUR LIQUIDITY SOLUTION®* | **MaltzAuctions.com**

*Plus 50+ Bank Repossessed & Consignment Vehicles Sell Tri-Weekly in Central Islip, NY*

These Assets are being sold "AS IS" "WHERE IS" "WITH ALL FAULTS" without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, free and clear of any and all interests including, but not limited to, liens, claims, encumbrances, interests, judgments and/or mortgages, or adverse claims to title, of whatever kind or nature, and subject to, among other things: (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering their respective deposits, all prospective bidders acknowledge that they have had the opportunity to review and inspect these Assets, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of these Assets in making their bids. Neither Maltz, the sellers of these Assets nor any of their collective representatives make any representations or warranties with respect to the permissible uses of these Assets including, but not limited to, the zoning of these Assets. All prospective bidders acknowledge that they have conducted their own due diligence in connection with these Assets and are not relying on any information provided by Maltz, the sellers of these Assets or any of their collective representatives. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most of the information provided has been obtained from third-party sources and has not been independently verified. It is the responsibility of all prospective bidders to determine the accuracy of all components of the sales and these Assets. All prospective bidders are responsible for conducting their own independent inspections, investigations, inquiries, and due diligence concerning these Assets, including without limitation, the environmental and physical condition of these Assets. All prospective bidders are urged to conduct their own due diligence prior to participating in the public auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.

| 10/27: 182 Lindsey | ● Completed | Using ad set bi... | Using ad set b... | 7-day click or ... | 1,705 Link clicks | 19,216 | 39,061 | $0.15 Per Link Click | $254.48 |



| Keywords | 11722 ➤ |
|---|---|
| 30 Miles | All Categories |

**Search**

## Thank you for your order!

Please double check the information below to make sure it is correct. For questions, feel free to contact us at (617) 746-9800.

**Order Date:** 09/15/2022

**Auctioneer:** Maltz Auctions Inc.

**Card:**  ending in 3845          **Exp:** 12/2026

**ListingID:** 3729621

**Auction:** Mixed-Use Corner Building - October 27, 2022

### Order Summary

| Auction Listing | $20.00 |
|---|---|
| Total | $20.00 |

An email receipt will be sent to **dc@maltzauctions.com**

## PAID IN FULL

### Return to Auctioneers Home

**Quick Links**

Help ❯
Create Account ❯
Online Bidding ❯
Auctioneer Directory ❯
Category Pages ❯
About Us ❯
Contact Us ❯
Link to Us ❯
Advertise With Us ❯
Sell Online ❯
Private Label ❯

**Follow Us**

**Top Viewed Auctions**

| | |
|---|---|
| Two Family Home | 7,068 |
| 3 Bedroom Home | 6,666 |
| 4 Bedroom Home | 6,655 |
| 1+ Acre Mixed-Use Complex | 6,086 |
| Corner Mixed-Use Bldg | 3,442 |

# CORNER MIXED-USE BLDG

BANKRUPTCY AUCTION



| FOLLOW |
|---|

LOGIN OR SIGN UP TO FOLLOW THIS AUCTION.

| BIDDING INFO |
|---|

| BID |
|---|

**f**          **FACEBOOK**

**🐦**          **TWITTER**

**𝕡**          **in**                    **✉**

**AUCTION INFORMATION**     **PHOTOS**     **DETAILS**     **DOCUMENTS**     **CONTACT**

## Online Bidding

**Starts:** October 25, 2022 at 11:00 am
**Ends:** October 27, 2022 at 11:00 am

## VIEWINGS

October 24, 2022 from 11:00 am to 1:00 pm

⚓ ADD ALL DATES TO MY CALENDAR

## PROPERTY LOCATION

182 Lindsey Avenue,
Buchanan NY, 10511



BID

## PHOTO GALLERY



# DETAILS

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE: 2111 ALBANY POST ROAD CORP. – CASE NO.: 22-22207 (SHL)

## MIXED-USE CORNER BUILDING

## 1 COMMERCIAL SPACE & 2 RESIDENTIAL APARTMENTS

### 182 LINDSEY AVENUE, BUCHANAN, NY 10511

- 3,000 SQ FT 2-STORY MIXED-USE BUILDING
- HIGH EXPOSURE, LOCATED ON THE TRAFFIC CIRCLE
- 1ST FLOOR AND BASEMENT ARE FULLY SPRINKLERED
- (2) 1 BEDROOM & 1 BATHROOM APARTMENTS
- EACH SPACE IS INDIVIDUALLY METERED FOR GAS AND ELECTRIC

### COMMERCIAL SPACE:

- 1ST FLOOR AND BASEMENT (MULTIPLE ENTRANCES)
- CENTRAL AIR
- RECENTLY CONVERTED TO OFFICE SPACE
- 5 OFFICES
- ADA ACCESSIBLE HALF BATHROOM
- RECEPTION AREA
- VACANT
- **BASEMENT:**
- FULL AND PARTIALLY FINISHED, DRY
- UTILIZED FOR STORAGE AND UTILITIES
- CURRENTLY VACANT AND DELIVERED VACANT AT CLOSING

### RESIDENTIAL: (2ND FLOOR)

- (2) 1 BEDROOM & 1 BATHROOM UNITS, 725 & 750 SQ FT
- SEPARATELY METERED
- CENTRAL AIR AND GAS HOT WATER HEATERS IN EACH UNIT
- IN-UNIT LAUNDRY
- CURRENTLY OCCUPIED

### LEASE INFORMATION:

- COMMERCIAL SPACE:
  - VACANT
- APARTMENT 1:
  - VACANT
  - PREVIOUS ANNUAL RENT: $20,400
  - TENANT PAYS ELECTRIC AND GAS
- APARTMENT 2:
  - LEASE EXPIRES 3/31/23
  - ANNUAL RENT: $20,400
  - TENANT PAYS ELECTRIC AND GAS

### ADDITIONAL INFORMATION:

- VILLAGE: BUCHANAN – TOWNSHIP: CORTLANDT – COUNTY: WESTCHESTER
- PROPERTY KNOWN BY THE TOWN OF CORTLANDT AS 43.15-4-1 AND 43.15-4-2
- PROPERTY KNOWN BY THE VILLAGE OF BUCHANAN AS 43.15-4-1 (VILLAGE COMBINED LOTS AND TOWN DID NOT)
- C1 ZONING DISTRICT
- .31 ACRE SITE (13,630 SQ FT)
- PARKING FOR 16+ VEHICLES
- FUEL: GAS
- 3 GAS METERS & 3 ELECTRIC METERS
- YEAR BUILT: 2006
- ANNUAL COMBINED REAL ESTATE TAXES: $24,698.60

---

**VIEWING:** MONDAY, OCTOBER 24TH FROM 11:00AM – 1:00PM

**PRE-REGISTRATION REQUIRED TO BID:** YOU MUST SEND IN SIGNED TERMS & CONDITIONS OF SALE, SIGNED ONLINE BIDDING FORM, AND AN $35,000 DEPOSIT TO BE APPROVED

**TERMS & CONDITIONS OF SALE:** THE REAL PROPERTY WILL BE SOLD FREE AND CLEAR OF ANY AND ALL MONETARY LIENS. IN ORDER TO REGISTER TO BID, ALL PROSPECTIVE BIDDERS MUST DELIVER A **CASHIER'S CHECK IN THE AMOUNT OF $35,000**

FOR BIDDING.

**AUCTION DATE:** ONLINE-ONLY BIDDING WILL OPEN TUESDAY, OCTOBER 25, 2022 AT 11:00 AM AND IS SCHEDULED TO CLOSE ON THURSDAY, OCTOBER 27, 2022 AT 11:00 AM. VISIT **REMOTEBIDDING.MALTZAUCTIONS.COM** OR DOWNLOAD THE MALTZ AUCTIONS APP ON THE APPLE STORE OR GOOGLE PLAY.

**BIDDING PROCESS:** IF A BID IS PLACED WITH LESS THAN ONE MINUTE REMAINING, THE BIDDING PERIOD WILL BE EXTENDED SO ONE MINUTE REMAINS FOR COMPETING BIDS TO BE ENTERED. IF ANY FURTHER BIDDING OCCURS, THE EXTENSION TIMER WILL RESET TO ONE MINUTE. ONCE NO FURTHER BIDDING ACTIVITY OCCURS, THE SALE CLOSES WHEN THE TIME RUNS OUT.

MADE PAYABLE TO ""FRED STEVENS, CHAPTER 11 TRUSTEE", SIGNED TERMS & CONDITIONS OF SALE, AND SIGNED ONLINE BIDDING FORM TO MALTZ AUCTIONS AT 39 WINDSOR PLACE, CENTRAL ISLIP, NY 11722 BEFORE MONDAY, OCTOBER 24, 2022 AT 2:00 PM. PLEASE DOWNLOAD THE COMPLETE TERMS & CONDITIONS OF SALE.

**BUYER'S PREMIUM:** A SIX PERCENT (6%) BUYER'S PREMIUM WILL BE ADDED TO THE SUCCESSFUL PURCHASER'S HIGH BID TO DETERMINE THE CONTRACT PRICE TO BE PAID BY THE SUCCESSFUL PURCHASER.

**BUYER BROKER PARTICIPATION:** A TWO PERCENT (2%) COMMISSION WILL BE PAID TO ANY PROPERLY LICENSED BUYER BROKER WHO REGISTERS A SUCCESSFUL BUYER IN ACCORDANCE WITH THE BUYER BROKER GUIDELINES. PLEASE DOWNLOAD THE BROKER PARTICIPATION FORM FOR DETAILS.



# DOCUMENTS

**YOU MUST BE LOGGED IN TO VIEW DOCUMENTS.**

LOG IN

# HAVE QUESTIONS? GET IN TOUCH

YOU MUST BE LOGGED IN TO SEND AN AUCTION INQUIRY.

LOG IN



**FRED STEVENS, CHAPTER 11 TRUSTEE**
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTORNEYS FOR THE CHAPTER 11 TRUSTEE**
RICHARD B. MALTZ, AUCTIONEER
DAVID A. CONSTANTINO, AUCTIONEER
RICHARD B. MALTZ, LICENSED REAL ESTATE BROKER
PHONE (516) 349-7022 FAX (516) 349-0105

THIS PROPERTY IS BEING SOLD ON AN "AS IS, WHERE IS" BASIS, AND NO WARRANTY OR REPRESENTATION, EITHER EXPRESSED OR IMPLIED, CONCERNING THE PROPERTY IS MADE BY THE TRUSTEE, ATTORNEY FOR THE TRUSTEE, AUCTION COMPANY OR ANY OF THEIR AGENTS. THE INFORMATION CONTAINED HEREIN WAS DERIVED FROM SOURCES DEEMED RELIABLE, BUT IS NOT GUARANTEED. MOST OF THE INFORMATION PROVIDED HAS BEEN OBTAINED FROM THIRD PARTY SOURCES AND HAS NOT BEEN INDEPENDENTLY VERIFIED. IT IS THE RESPONSIBILITY OF THE BUYER AND/OR BUYER'S BROKER TO DETERMINE THE ACCURACY OF ALL COMPONENTS OF THE SALE AND PROPERTY. EACH POTENTIAL BIDDER IS RESPONSIBLE FOR CONDUCTING HIS OR HER OWN INDEPENDENT INSPECTIONS, INVESTIGATIONS, INQUIRIES, AND DUE DILIGENCE CONCERNING THE PROPERTY, INCLUDING WITHOUT LIMITATION, ENVIRONMENTAL AND PHYSICAL CONDITION OF THE PROPERTY. ALL PROSPECTIVE BIDDERS ARE URGED TO CONDUCT THEIR OWN DUE DILIGENCE PRIOR TO PARTICIPATING IN THE PUBLIC AUCTION. BID RIGGING IS ILLEGAL AND SUSPECTED VIOLATIONS WILL BE REPORTED TO THE DEPARTMENT OF JUSTICE FOR INVESTIGATION AND PROSECUTION.

# BECOME A MEMBER